**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | )     Case No. 8:06CR250 |
| **Plaintiff,** | ) |
| | ) |
| vs. | )     **ORDER** |
| | )     Magistrate Judge F.A. Gossett |
| **VERSHAUN LUCKETT,** | ) |
| | ) |
| **Defendant.** | ) |

     The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

     **IT IS ORDERED:**

     Mr. Joseph L. Howard is appointed to represent the above named defendant in this matter and shall forthwith file a written appearance in this matter.

     **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

     **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Joseph L. Howard.

     DATED this 25th day of August, 2006.

                                                        BY THE COURT:

                                                        s/ Thomas D. Thalken
                                                        United States Magistrate Judge