## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR250 |
| | ) | |
| VERSHAUN LUCKETT, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on **November 7, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Compel [13]
- Motion to Suppress [15]

Defendant's Motion to Extend Deadline to File Brief in Support of Motion to Suppress [14] is granted.   Defendant's brief shall be due on or before October 5, 2006.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 26th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge