IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR250 |
| | ) | |
| VERSHAUN LUCKETT, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

   Before the court is defendant's Withdrawal of Motion to Suppress [21] and Withdrawal of Motion to Compel [22].   The motions will be granted and the Motion to Compel [13] and  Motion to Suppress [15] are withdrawn.   The evidentiary hearing previously scheduled for November 7, 2006 is hereby cancelled.

   IT IS SO ORDERED

   DATED this 3rd day of November, 2006.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge